DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CLEVANT DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1021

_____

May 22, 2026

Appeal from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

Alex R. Stavrou of Alex R. Stavrou, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William A. Leto, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

 Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.